## MATTER OF FRANK McWILLIAMS, PETITIONER.

MOTION FOR LEAVE TO FILE PETITION FOR WRIT OF PROHIBITION DIRECTED TO THE JUDGES OF THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF NEW JERSEY.

No. ——. Original. Submitted February 23, 1909.—Decided March 1, 1909.

Leave to file petition for writ of prohibition similar to that applied for in preceding case refused.

THIS case arose out of the same facts as the preceding case

and affected the proceeds of one of the vessels, and the same contention was made for petitioner.

Mr. *Richard D. Currier* for petitioner.

*Per Curiam:* Motion for leave to file a petition for writ of prohibition denied.